**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMETIQUE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:12-CV-50-JRG |
| | § | |
| EKO MIKIO ENTERTAINMENT, | § | |
| | § | |
| Defendant. | § | |

## **DEFAULT JUDGMENT**

Before the Court is Plaintiff Lumetique, Inc.'s Motion for Default Judgment (Dkt. No. 9). Plaintiff seeks a default judgment of liability in this case and for an award of actual damages in the amount of $125,375.00. Plaintiff also seeks an award of attorneys' fees in the amount of $13,881.38 as well as pre-judgment interest. Having considered the matter, the Court has determined that Plaintiff's motion should be and hereby is **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that Plaintiff Lumetique, Inc. have and recover **DEFAULT JUDGMENT** against Defendant Eko Miko Entertainment, as follows:

1. Actual damages in the amount of $125,375.00; and

2. Pre-judgment interest in the amount of $13,363.23 through August 31, 2013, plus an amount determined by multiplying the total judgment by a per-diem factor of 1.00077129, compounded daily, less the amount of the total judgment, as set forth in Plaintiff's Notice of Pre-Judgment Interest (Dkt. No. 11).

3. Attorneys' fees and associated expenses in the amount of $13,881.38; and

4.  Post-judgment interest on all sums awarded from the date of this **FINAL JUDGMENT,** until fully paid and discharged, at a rate, per annum, equal to the Prime Lending Rate (sometimes called the "Prime Rate") as published in the Money Rate Section of the Wall Street Journal, from time to time; this post-judgment rate to float and vary with each such change in said prime lending rate.

**So ORDERED and SIGNED this 22nd day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE